IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-2559-ZLW-CBS

KIMBERLY TATE, an individual,

     Plaintiff,

v.

NATIONAL JEWISH MEDICAL & RESEARCH CENTER, a
Colorado Nonprofit Corporation,

     Defendant.

---

## ORDER

---

On November 3, 2005, counsel for Defendant advised the Court that this case had settled.  It is, therefore,

ORDERED that the hearing set on Thursday, December 15, 2005, at 2:00 p.m. is hereby vacated.  It is

FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before November 28, 2005.  If by that date settlement papers have not been received by the Court, on December 5, 2005, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this  9  day of November, 2005.

                                    BY THE COURT:

                                    s/ Zita L. Weinshienk
                                    _____

                                    ZITA L. WEINSHIENK,  Senior Judge
                                    United States District Court