IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-2559-ZLW-CBS

KIMBERLY TATE, an individual,

    Plaintiff,

v.

NATIONAL JEWISH MEDICAL & RESEARCH CENTER,
a Colorado Nonprofit Corporation,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and expenses, including attorneys' fees.  It is

    FURTHER ORDERED that any pending motions are moot.

    DATED at Denver, Colorado, this   29   day of November, 2005.

                                                     BY THE COURT:

                                                   _____

                                                   ZITA L. WEINSHIENK,  Senior Judge
                                                   United States District Court